UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRI-STATE TRUCK CENTER, INC.                                                                PLAINTIFF

V.                                                                  CIVIL ACTION NO. 3:23-CV-410-DPJ-FKB

SAFEWAY TRANSPORT, LLC,
KH ENTERPRISE, LLC, KINA SANDERS,
KENYASCICUS SANDERS, ET AL.                                                             DEFENDANTS

AMENDED DEFAULT JUDGMENT
AS TO SAFEWAY TRANSPORT, LLC, AND KH ENTERPRISE, LLC[1]

For the reasons stated in the Order [19] entered November 22, 2023, Plaintiff's motion for default judgment [16] as to Safeway Transport, LLC, and KH Enterprise, LLC, is granted. Plaintiff is awarded default judgment in the amount of $251,172.91, plus pre- and post-judgment contractual late charges at the rate of 1.5% per month from October 13, 2023, plus pre- and post-judgment contractual costs and reasonable attorneys' fees from October 13, 2023, incurred in collecting on its default judgment.

**SO ORDERED AND ADJUDGED** this the 29th day of November, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Amended Default Judgment corrects an error in the Judgment [20], which incorrectly stated the action is dismissed. *See* Fed. R. Civ. P. 60(a). The case should be re-opened.