**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TRI-STATE TRUCK CENTER, INC.
d/b/a TRI-STATE LEASING**                                                      **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 3:23-cv-410-DPJ-ASH**

**SAFE WAY TRANSPORT, LLC,
KH ENTERPRISE LLC,
KINA SANDERS,
KENYASCICUS SANDERS,
JOHN DOES 1-100, and
ABC CORPORATIONS 1-100**                                              **DEFENDANTS**

## MOTION TO REOPEN CASE, ENFORCE FULL AND FINAL CONFIDENTIALITY, SETTLEMENT, AND RELEASE AGREEMENT, AND REQUEST FOR COSTS AND ATTORNEYS' FEES

Tri-State Truck Center, Inc. d/b/a Tri-State Leasing ("**TSL**") respectfully requests that the Court reopen this case and enter an order enforcing the parties' Full and Final Confidentiality, Settlement, and Release Agreement ("**Settlement Agreement**") and awarding TSL all costs and attorneys' fees incurred (and that it will incur in the future) as a result of Defendants' breach of the Settlement Agreement. Specifically, TSL requests that the Court (1) enter and enroll the Agreed Consent Judgment in the form attached hereto as **Exhibit 1** in the amount of $212,500.00; (2) order Defendants, jointly and severally, to immediately pay TSL the sum of $212,500.00, or, alternatively, $107,500.00 to be applied against the Agreed Consent Judgment; (3) award TSL reasonable costs and attorneys' fees incurred as a result of Defendants' breach of the Settlement Agreement; and (4) order Defendants to pay TSL all costs and attorneys' fees awarded within 14 days of entry of an order awarding such relief. In support, TSL submits its contemporaneously filed memorandum brief and the following exhibits:

    1.      Agreed Consent Judgment

2.       Settlement Agreement

3.       July 2, 2025 Email from T. Rosemon

4.       July 8, 2025 Notice of Default

5.       Correspondence Regarding Payment Plan

6.       Checks

7.       December 17, 2025 Notice of Default

8.       Fee Calculation

9.       Declaration of James McCullough

**RESPECTFULLY SUBMITTED** on this the 30th day of December, 2025.

                        **TRI-STATE TRUCK CENTER, INC.**

                        By: /s/ William D. Drinkwater
                            One of Its Attorneys

OF COUNSEL:

William D. Drinkwater (MSB #103913)
wdrinkwater@brunini.com
Alston F. Ludwig, MSB No. 103241
aludwig@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

**CERTIFICATE OF SERVICE**

      I certify that I have this day caused a copy of the above and foregoing to be filed using the Court's electronic filing system, which caused notice of the same to be served on all counsel of record. I additionally certify that I caused a copy of the above and foregoing to be served on the following by United States mail, postage prepaid:

Kenyascicus Sanders
539 Twin Cedars Drive
Madison, MS 39110

Kina Sanders
539 Twin Cedars Drive
Madison, MS 39110

Kenyascicus Sanders
112 Kildare Court
Jackson, MS 39201

Dated: December 30, 2025.

                                              /s/ William D. Drinkwater