UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRI-STATE TRUCKING CENTER, INC. D/B/A/
TRI-STATE LEASING                                                                                           PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:23-CV-410-DPJ-ASH

SAFEWAY TRANSPORT, LLC, ET AL.                                                                   DEFENDANTS

ORDER

      This matter is before the Court on Plaintiff Tri-State Trucking Center, Inc. d/b/a Tri-State Leasing's motion to reopen the case, enforce the settlement agreement, and award attorney's fees. Mot. [177]. Defendants filed no response to the motion, and the time to do so has passed. On February 20, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation recommending that the Court grant Tri-State's motion. R&R [179] at 6. Defendants did not file an objection, and the time to do so has passed. *See id.* at 7 (advising Defendants that they had 14 days to file an objection).

      "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

      IT IS ORDERED that the Report and Recommendation [179] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Plaintiff Tri-State's motion [177] is granted as follows:

- the request to reopen the case to enforce the settlement agreement is **granted**;

- the request to enforce the settlement agreement is **granted**;

- the request to enter and enroll the Agreed Consent Judgment [177-1] in the amount of $212,500 is **granted**

- the request to order Defendant, jointly and severally, to immediately pay Tri-State the sum of $212,500 is **granted**;

- the request to award reasonable costs and attorneys' fees in the amount of $4,262.50 is **granted**; and

- the request to order Defendants to pay costs and attorneys' fees within 14 days is **granted**.

*See* Mot. [177] at 1; *id.* at 7–8.  The Clerk is directed to separately docket the Agreed Consent Judgment [177-1].

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2026.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE